**Wayne Allen CHILDERS, Appellant,**

v.

**Carla Sue CHILDERS, Respondent.**

**WD 77543**

Missouri Court of Appeals,
Western District.

ORDER FILED: March 10, 2015

Leonard K. Breon, Warrensburg, MO, Attorney for Appellant,

Matthew C. Morgan, Warrensburg, MO, Attorney for Respondent.

Before Division I: Cynthia L. Martin, Presiding Judge, and Mark D. Pfeiffer and Gary D. Witt, Judges

## Order

Per Curiam:

Mr. Wayne Childers appeals the judgment of the Circuit Court of Pettis County, Missouri, denying his motion to modify or terminate maintenance. Finding no error, we affirm. Because a published opinion would serve no jurisprudential purpose, the parties have separately been provided a legal memorandum setting forth the reasons for our ruling. Rule 84.16(b)